UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1    GERLY ALVAREZ-MARTINEZ,
D-4    MIKE LNU,
D-5    JULIAN FUENTES-RAMIREZ,
D-6    CARLOS MARIO ARISTIZABAL,

    Defendants.
_____/

CRIMINAL NO. 92-81213

HON. GEORGE CARAM STEEH

## ORDER OF DISMISSAL

Leave of the Court is granted for the reasons stated in the government's motion to dismiss the above-numbered Superseding Indictment and Arrest Warrants against GERLY ALVAREZ-MARTINEZ, MIKE LNU, JULIAN FUENTES-RAMIREZ, and CARLOS MARIO ARISTIZABAL.

Accordingly, IT IS HEREBY ORDERED that the Superseding Indictment and Arrest Warrants against the defendants be dismissed.

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        United States District Judge

Entered: 10/11/06